EVA JACQUES, Appellant, *v.* ROY JACQUES, Respondent.

Submitted February 28, 1940; decided March 15, 1940.

*Edmund Fitzgerald* for appellant.

*Arthur B. Hart* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.